UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 21-2093-MJ-TORRES   (SEALED)

UNITED STATES OF AMERICA,
        Plaintiff,

V.

Gabriel Augustin Garcia,
        Defendant(s).
_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 1/19/21

                __/s/ EDWIN G. TORRES
                _____
                **Edwin G. Torres**
                **UNITED STATES MAGISTRATE JUDGE**