# MINUTE ORDER

Page 3

## Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**    Date: 1/19/21    Time: 1:30 p.m.

Defendant: Gabriel Augustin Garcia    J#: 25948-509    Case #: 21-2093-MJ-TORRES (SEALED)
AUSA: Jonathan Stratton    Attorney: Ian McDonald
Violation: Warr/Complaint/USDC for the District of Columbia/Certain Acts During Civil Disorder, Aiding and Abetting/Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority/Violent Entry and Disorderly Conduct on Capitol Grounds
Surr/Arrest Date: 1/19/2021    YOB: 1980

Proceeding: Initial Appearance    CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:
**Bond Set**: $100,000 w/10% and $200,000 personal    *Co-signed by:* Family member, friend or business partner

- [x] **Surrender and/or do not obtain passports/travel docs, also passcard**
- [x] **Report to PTS as directed**/or ____ x's a week/month by phone: ____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
     Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [x] **Participate in mental health assessment & treatment**
- [x] **Maintain or seek full-time employment**
- [ ] No contact with victims/witnesses, except through counsel
- [x] **No firearms AND Surrender concealed weapons permit**
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] **Travel extended to:** SD/FL & D/Columbia for court with itinerary to PTS
- [x] **Other: Maintain Residence**

Language:

Disposition:
*Motion to UNSEAL Granted*
Defendant consents to appear by VTC
Defendant sworn – The Court finds Defendant **NOT qualified** for court appointed counsel, but appoints the AFPD for purposes of bond and removal in the SD/FL.   The parties recommend a personal surety bond. The Court does not approve and sets a bond.
Defendant **WAIVES** Removal on the record and the Court approves.

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
Bond Hearing:
Prelim/Arraign or Removal:
*Status Conference RE:* Bond    1/22/21    10:00 am    Miami Duty
D.A.R. EGT-01:1-19-2021-ZOOM-**1:58 pm and 2:22 pm**    Time in Court: 24

s/Edwin G. Torres    Magistrate Judge