UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO.: 21-MJ-2093

    Plaintiff,

vs.

Gabriel Garcia,

    Defendant.

_____/

**PERMANENT NOTICE OF APPEARANCE**

COMES NOW, Aubrey Webb, Esquire, 55 Merrick Way, Suite 212, Coral Gables, Florida, 33134, and hereby files this Notice of Appearance as attorney of record for pre-trial and trial purposes at proceedings in the United States District Courts for the Defendant in the above captioned matter.

Respectfully submitted,

___/s/Aubrey Webb_____
Aubrey Webb

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was efiled to the Office of the Clerk, United States District Court, Southern District of Florida, Miami Division, U.S. Courthouse, 301 North Miami Avenue Room 150, Miami, FL 33128, and to the Office of the United States Attorney, Southern District of Florida, 99 N.E. 4th Street, Miami, Fl. 33132, this 20th day of January 2021.

___/s/Aubrey Webb_____
Aubrey Webb
Florida Bar Number    622915
55 Merrick Way, Suite 212
Coral Gables, Florida 33134
Phone:       305-461-1116
Fax:         305-461-6446
Email:  aubrey@aqwattorney.com