**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA**

**CASE NUMBER:  21-MJ-2093**

**UNITED STATES OF AMERICA**

**Plaintiff,**

**vs.**

**Gabriel Garcia,**

**Defendant.**

_____/

**STIPULATION AND ATTACHED ORDER FOR SUBSTITUTION OF COUNSEL**

COMES NOW, IAN MCDONALD, ESQUIRE, and AUBREY WEBB, ESQUIRE, and pursuant to the wishes of the Defendant hereby stipulate to a substitution of counsel in the above captioned matter.

Subject to ratification by this Honorable Court, AUBREY WEBB, ESQUIRE, shall assume the representation of the Defendant, and IAN MCDONALD, ESQUIRE and The Office of the Federal Public Defender, shall be relieved of any further responsibility in this matter.

|  |  |
|---|---|
| *s/Aubrey Webb* | *s/Ian McDonald* |
| By:_____ | By:_____ |
| Aubrey Webb, Esquire | Ian McDonald, Esquire |
| Florida Bar Number:  622915 | AFPD |
| 55 Merrick Way ● Suite 212 | Federal Public Defender's Office |
| Coral Gables, Florida  33134 | Southern District of Florida |
| Phone:  305-461-1116 | 150 West Flagler Str., Suite 1700 |
| aubrey@aqwattorney.com | Ian_McDonald@fd.org |
|  | 305-530-7000 T |
|  | 305-533-4193 D |

*U.S. v. Garcia, CASE NUMBER: 21-MJ-2093*                                    2

## ORDER RATIFYING STIPULATION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE came before the Court for consideration upon a STIPULATION FOR SUBSTITUTION OF COUNSEL, and the Court, having reviewed the file and otherwise being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that said STIPULATION FOR SUBSITUTION OF COUNSEL is RATIFIED and, further, that AUBREY WEBB, ESQUIRE, is substituted as counsel of record for the Defendant in this cause, and that IAN MCDONALD, ESQUIRE and the Office of the Federal Public Defender are hereby discharged as attorney for the Defendant.

DONE and ORDERED in Chambers at Miami, Florida, this _____ day of _____2021.

_____
**UNITED STATES MAGISTRATE JUDGE**

Copies Furnished To:

Aubrey Webb, Esquire
55 Merrick Way ● Suite 212
Coral Gables, Florida 33134

Ian McDonald, Esquire
150 West Flagler Str., Suite 1700
Miami, Florida  33130

THE OFFICE OF THE UNITED STATES ATTORNEY